**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRITNI WARNER, ASHLEY BAADSGAARD, and MICHELLE MARQUEZ, individually and on behalf of all others similarly situated, | Case No. 8:25-cv-02203-FWS-ADS |
| *Plaintiffs*, | **ORDER RE: STIPULATED PROTECTIVE ORDER** |
| v. | |
| GOOD VIBES TRADING COMPANY, INC., | |
| *Defendant.* | |

By the agreement and stipulation of the parties, and for good cause shown, the Court hereby approves the Stipulated Protective Order.

**IT IS SO ORDERED.**

Dated: February 19, 2026

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

1